IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

YUSUF ABDUL AL-WAHHAB
a/k/a JOSEPH E. WASHINGTON,

    Petitioner,

v.                                           Civil Action No. 3:18CV318

COMMONWEALTH OF VIRGINIA, et al.,

    Respondents.

**MEMORANDUM OPINION**

Yusuf Abdul Al-Wahhab a/k/a Joseph E. Washington, proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on July 26, 2018, the Court directed Al-Wahhab, within eleven (11) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Al-Wahhab that it would dismiss the action if Al-Wahhab did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee.

More than eleven (11) days have elapsed since the entry of the July 26, 2018 Memorandum Order and Al-Wahhab has not responded. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Al-Wahhab.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: August 22, 2018
Richmond, Virginia